4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## ORDER

United States District Court
Southern District of Texas
FILED

JUN 24 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| PEDRO A. RAMIREZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-97-230 |
| GARY L. JOHNSON | § § | |

TYPE OF CASE:           __X__ CIVIL                              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**SHOW CAUSE HEARING**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JULY 13, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 24, 1999

TO:   MR. PEDRO A. RAMIREZ
         MR. WILLIAM C. ZAPALAC