11

United States District Court
Southern District of Texas
ENTERED

OCT 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | |
|---|---|
| PEDRO A. RAMIREZ, § | |
|     Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-230 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
|     Respondent. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Petitioner's Objections to Magistrate Judge's Report and Recommendation of September 28, 1999, should be and the same are OVERRULED and Magistrate Judge's Report and Recommendation should be ADOPTED and the petition be DISMISSED.

DONE in Brownsville, Texas, on this __19__ day of __October__ 1999.

_____
Hilda G. Tagle
United States District Judge