# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 99-41323

D.C. Docket No. B-97-CV-230

**U.S. COURT OF APPEALS**
**FILED**
JUL 1 9 2001
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
AUG 1 4 2001
Michael N. Milby
Clerk of Court

PEDRO A RAMIREZ

    Petitioner - Appellant

v.

GARY L JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION

    Respondent - Appellee

Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before KING, Chief Judge, BARKSDALE, Circuit Judge, and NOWLIN*, District Judge.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: AUG 1 0 2001

---

    *District Judge of the Western District of Texas, sitting by designation.

A true copy
Clerk, U.S. Court of Appeals, Fifth Circuit
/s/
Deputy

New Orleans, Louisiana   AUG 1 0 2001